# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SIMON GUOBADIA, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION FILE NO. |
| | ) 1:24-CV-05346-MHC |
| v. | ) |
| | ) |
| PORSHA WILLIAMS, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

COMES NOW, Defendant, Porsha Williams ("Defendant"), by and through her undersigned counsel, and hereby files, this Motion to Dismiss Plaintiff's First Amended Complaint in its entirety pursuant to Fed. R. Civ. P. 12(b)(6). The legal basis for this motion is more fully set forth in the accompanying Memorandum of Law in Support of this Motion to Dismiss.

Respectfully submitted this 7th day of February, 2025.

                                            **FOX ROTHSCHILD LLP**
                                            By: ***/s/ Jordan B. Forman***
                                                     Jordan B. Forman
                                                     Georgia Bar No. 269298
                                                     Gerald T. Chichester
                                                     Georgia Bar No. 210202
                                                     999 Peachtree Street, NE, Suite 1500
                                                     Atlanta, Georgia 30309
                                                     Telephone:  (404) 962-1000
                                                     jforman@foxrothschild.com
                                                     gchichester@foxrothschild.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of February, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sent e-mail notification of such filing to the following attorneys of record:

>Alcide L. Honoré, Esq.
>Honore Law, LLC
>675 Ponce De Leon Avenue, NE
>Suite NE223
>Atlanta, Georgia, 30308
>E-Mail: ahonore@honorelaw.com
>*Counsel for Plaintiff*

This 7th day of February, 2025.

>**FOX ROTHSCHILD LLP**
>
>By:   ***/s/ Jordan B. Forman***
>Jordan B. Forman
>Georgia Bar No. 269298
>Gerald T. Chichester
>Georgia Bar No. 210202
>999 Peachtree Street, NE
>Suite 1500
>Atlanta, Georgia 30309
>Telephone:  (404) 962-1000
>Facsimile:   (404) 962-1200
>jforman@foxrothschild.com
>gchichester@foxrothschild.com
>*Counsel for Defendant*

168014869.1