## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **SIMON GUOBADIA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION FILE NO.** |
| | ) | **1:24-CV-05346-MHC** |
| **v.** | ) | |
| | ) | |
| **PORSHA WILLIAMS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS
## PLAINTIFF'S FIRST AMENDED COMPLAINT

This matter coming before the Court on the Defendant's Motion to Dismiss Plaintiff's First Amended Complaint in its entirety (the "Motion"); due and proper notice of the Motion having been provided to Plaintiff; and there being good cause for the relief requested; IT IS HEREBY ORDERED:

1. The Motion is Granted as provided herein.

2. The First Amended Complaint in the above-captioned proceeding is dismissed with prejudice.

Enter:

_____
Honorable Mark H. Cohen

Prepared by:
Fox Rothschild LLP
Jordan B. Forman
Georgia Bar No. 269298
jforman@foxrothschild.com
*Counsel for Defendant*